IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Ronald Lee Baird<br>Debtor | : | Case No: 18-24774-CMB |
| | : | Chapter 13 |
| Ronald Lee Baird<br>Movant | : | Related to Doc. No. 29 |
| v. | : | Hrg. Date: |
| Ally Automotive Financing,<br>Bayview Loan Servicing, LLC,<br>Mon Valley Community FCU,<br>One Main Financial, R.A.<br>Rodgers, Inc., South Hills<br>Pain Rehab Assoc.,<br>Washington County Sheriff's<br>Office, and Ronda J.<br>Winnecour, Ch. 13 Trustee<br>Respondent | : | Response. Date: |

### ORDER OF COURT GRANTING THE EXPEDITED CONSENT
### MOTION FOR POST-PETITION VEHICLE FINANCING

AND NOW, to wit, this ____6th____ day of ____March____, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor's Expedited Motion for authority to obtain Post-Petition Vehicle Financing is granted and, after notice, it is hereby ORDERED that:

1. Within thirty (30) days from the date of this Order, the Debtor is authorized to purchase any vehicle on credit, so long as the price does not exceed $23,000.00 and the monthly payment does not exceed $275.00. The interest rate will not exceed an interest rate in the amount of 18%.

2. The Debtor shall pay the monthly payment for said credit under their plan and, within fourteen (14) days of financing, will amend their Plan accordingly to provide for this debt.

3. Within thirty (30) days from the date of this Order, a report of purchase shall be filed with this Court.

FILED
3/6/19 4:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

The Honorable Carlota M. Böhm
United States Chief Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald Lee Baird  
      Debtor

Case No. 18-24774-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Mar 06, 2019  
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.  
db          Ronald Lee Baird,    PO Box 42,    Ellsworth, PA   15331-0042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                     Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:  
       Anthony M. Moody    on behalf of Debtor Ronald Lee Baird amoody@moodylawoffices.com, moodyar81455@notify.bestcase.com  
       James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                         TOTAL: 4