IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Ronald Lee Baird | : | Case No: 18-24774-CMB |
| Debtor | : | |
| | : | Chapter 13 |
| Ronald Lee Baird | : | |
| Movant | : | Related to Doc. No. 32 |
| | : | |
| v. | : | Hrg. Date: |
| | : | |
| Ally Automotive Financing, | : | Response. Date: |
| Bayview Loan Servicing, LLC,: | | |
| Mon Valley Community FCU,: | | |
| One Main Financial, R.A. | : | |
| Rodgers, Inc., South Hills | : | |
| Pain Rehab Assoc., | : | |
| Washington County Sheriff's | : | |
| Office, and Ronda J. | : | |
| Winnecour, Ch. 13 Trustee | : | |
| Respondent | : | |

### ORDER OF COURT GRANTING THE AMENDED EXPEDITED CONSENT MOTION FOR POST-PETITION VEHICLE FINANCING

AND NOW, to wit, this ___15th___ day of ___March___, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor's Expedited Motion for authority to obtain Post-Petition Vehicle Financing is granted and, after notice, it is hereby ORDERED that:

1. Within thirty (30) days from the date of this Order, the Debtor is authorized to purchase any vehicle on credit, so long as the price does not exceed $25,000.00 and the monthly payment does not exceed $400.00. The interest rate will not exceed an interest rate in the amount of 23%.

2. The Debtor shall pay the monthly payment for said credit under their plan and, within fourteen (14) days of financing, will amend their Plan accordingly to provide for this debt.

3. Within thirty (30) days from the date of this Order, a report of purchase shall be filed with this Court.

FILED
3/15/19 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

The Honorable Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald Lee Baird  
       Debtor

Case No. 18-24774-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Mar 15, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.  
db          Ronald Lee Baird,    PO Box 42,    Ellsworth, PA   15331-0042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:  
         Anthony M. Moody    on behalf of Debtor Ronald Lee Baird amoody@moodylawoffices.com, moodyar81455@notify.bestcase.com  
         James   Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                         TOTAL: 4