IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | | |
|---|---|---|---|
| Ronald Lee Baird | : | Case No: 18-24774-CMB |
| Debtor | : | |
| | : | Chapter 13 |
| Ronald Lee Baird | : | |
| Movant | : | Doc. No. 40 |
| | : | |
| v. | : | Related to Doc. No. 35 |
| | : | |
| No Respondent | : | |

### CERTIFICATE OF SERVICE OF THE AMENDMENT TO SCHEDULE J, THE NOTICE OF THE AMENDMENT TO SCHEDULE J, & THE WITHIN ORDER

I, Anthony M. Moody, Esquire, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 26th day of April, 2019, I served a copy of the above-captioned pleading, The Amendment to Schedule J, the notice of the amendment to Schedule J, & the within order filed in this proceeding on the respondents on the attached list.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivered, or another type of service, was by United States mail, first class, or electronic mail where indicated

**EXECUTED ON:** April 26, 2019

/s/ Anthony M. Moody
Attorney for Debtor
Anthony M. Moody
Moody Law Offices
90 West Chestnut Street
Ste. 603
Washington, PA 15301
Phone: 412-227-0867
Fax: 412-227-0451
E-mail: amoody@moodylawoffices.com
PA Attorney ID# 86482

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com