IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | | |
|---|---|---|---|
| | Ronald Lee Baird | : | Bankruptcy Case No.: 18-24774-CMB |
| | Debtor | : | |
| | | : | Chapter 13 |
| | Ronald Lee Baird | : | |
| | Movant | : | Doc. No. 42 |
| | | : | |
| | v. | : | Related to Doc. Nos. 39 & 41 |
| | | : | |
| | Ally Automotive Financing, | : | Conciliation Date: 6/27/2019@10:00AM |
| | Bayview Loan Servicing, LLC, | : | |
| | Mon Valley Community FCU, | : | Objection deadline: 6/3/2019 |
| | One Main Financial, R.A. | : | |
| | Rodgers, Inc., South Hills | : | |
| | Pain Rehab Assoc., | : | |
| | Washington County Sheriff's | : | |
| | Office. | : | |
| | Respondents | : | |
| | | : | |
| | and Ronda J. Winnecour, | : | |
| | Chapter 13 Trustee | : | |
| | Additional Respondent | : | |
| | _____ | : | |

CERTIFICATE OF SERVICE OF THE AMENDED PLAN, DATED April 25, 2019, & THE SCHEDULING ORDER, DATED May 3, 2019, AT DOC. NO. 41 on May 3, 2019

  I, Anthony M. Moody, Esquire, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 3rd day of May, 2019, I served a copy of the above-captioned pleading, Amended Chapter 13 Plan (dated April 25, 2019), and the Within Scheduling Order (dated May 3, 2019), filed in this proceeding on the respondent(s) on the attached list.

  The type(s) of service made on the parties (first class mail, electronic notification, hand delivered, or another type of service, was by United States mail, first class, or electronic mail where indicated

**EXECUTED ON:** May 3, 2019  /s/ Anthony M. Moody
                 Attorney for Debtor
                 Anthony M. Moody
                 Moody Law Offices, P.C.
                 90 West Chestnut Street
                 Ste. 603
                 Washington, PA 15301
                 Phone: 412-227-0867
                 Fax: 412-227-0451
                 E-mail: amoody@moodylawoffices.com
                 PA Attorney ID# 86482

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

James Warmbrodt on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company
bkgroup@kmllawgroup.com

Service by First-Class Mail:

Ally Automotive Financing
P. O. Box 380901
Minneapolis, MN 55438

Ronald Lee Baird
1 Main Street
Ellsworth, PA 15331

Bayview Loan Servicing, LLC
Attn: Customer Service
4425 Ponce de Leon Blvd.
5th Floor
Miami, FL 33146

Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

Mon Valley Community FCU
1932 Main Street
P.O. Box 189
Allenport, PA 15412-0189

One Main Financial
P.O. Box 70911
Charlotte, NC 28272

R.A. Rodgers, Inc.
P.O. Box 3302
Crofton, MD 21114-0302

South Hills Pain Rehab Assoc

575 Coal Valley Road
Ste. 277
Clairton, PA 15025-3716

Washington County Sheriff's Office
Courthouse Square Ste. 303
100 West Beau St.
Washington, PA 15301