**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/28/2021

IN RE:

RONALD LEE BAIRD
PO BOX 42
ELLSWORTH, PA 15331-0042
XXX-XX-5083          Debtor(s)

Case No. 18-24774 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/28/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: SURR/PL*W/11*C=11675 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4759 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*468.38 X (60+2)=LMT*BGN 1/19*FR BAYVIEW-DOC 48 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9127 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PROJECTED POSTPET DEBT/SCH*RMVD/PAP | | CRED DESC: VEHICLE<br>ACCOUNT NO.: |
| **SHERIFF OF WASHINGTON COUNTY**<br>101 COURTHOUSE SQ<br>100 W BEAU ST<br>WASHINGTON, PA 15301 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MON VALLEY COMMUNITY F C U**<br>1932 MAIN ST<br>PO BOX 189<br>ALLENPORT, PA 15412 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,734.15<br>COMMENT: CO-BORROWER*2018 LOAN*INSUFF POD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5456 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9210 |
| **R A ROGERS INC**<br>POB 3302<br>CROFTON, MD 21114 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SEE CID 5 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9700 |
| **SOUTH HILLS REHAB ASSOC**<br>575 COAL VALLEY RD STE 407<br>JEFFERSON HILLS, PA 15025 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6992 |
| **SOUTH HILLS REHAB ASSOC**<br>575 COAL VALLEY RD STE 407<br>JEFFERSON HILLS, PA 15025 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9853 |
| **SOUTH HILLS REHAB ASSOC**<br>575 COAL VALLEY RD STE 407<br>JEFFERSON HILLS, PA 15025 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2466 |

| Creditor | Claim Info | Description |
|---|---|---|
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  4,365.49<br>COMMENT:  SURR @ 1*NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4759 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  1,001.23<br>COMMENT:  NT/SCH*CREDIT ONE BANK/MHC RCVBLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9932 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BAYVIEW LN SVNG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br><br>CORAL GABLES, FL  33146 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  7,520.95<br>COMMENT:  $/CL-PL*THRU 12/18*FR BAYVIEW-DOC 48 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  9127 |
| **LENDMARK FINANCIAL SERVICES LLC**<br>2118 USHER ST<br><br><br>COVINGTON, GA  30014 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  5,075.42<br>COMMENT:  NT/SCH*CONSUMER GOODS~DOC @ SEAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8622 |
| **MON VALLEY COMMUNITY FCU**<br>C/O RA ROGERS INC<br>PO BOX 3302<br><br>CROFTON, MD  21114 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  CL 5@1734.15 W/D@DUPL*DOC 27 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  456 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  310.00<br>COMMENT:  FEES/PL | CRED DESC:  FILING FEES<br>ACCOUNT NO.:  18-24774-CMB |