IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RONALD LEE BAIRD

    Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:18-24774

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/12/2018 and confirmed on 1/31/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 33,328.00 |
| Less Refunds to Debtor | | 1,578.25 | |
| TOTAL AMOUNT OF PLAN FUND | | | 31,749.75 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 3,490.00 | |
|    Trustee Fee | | 1,566.52 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 5,056.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| COMMUNITY LOAN SERVICING LLC<br>Acct: 9127 | 0.00 | 18,129.84 | 0.00 | 18,129.84 |
| COMMUNITY LOAN SERVICING LLC<br>Acct: 9127 | 7,520.95 | 7,520.95 | 0.00 | 7,520.95 |
| ALLY FINANCIAL(*)<br>Acct: 4759 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR V/<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 25,650.79 |
| **Priority** | | | | |
| ANTHONY M MOODY ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RONALD LEE BAIRD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RONALD LEE BAIRD<br>Acct: | 1,578.25 | 1,578.25 | 0.00 | 0.00 |
| MOODY LAW OFFICES PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANTHONY M MOODY ESQ<br>Acct: | 3,490.00 | 3,490.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX-CMB | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
| MON VALLEY COMMUNITY F C U<br>Acct: 5456 | 1,734.15 | 104.32 | 0.00 | 104.32 |
| ONE MAIN FINANCIAL(*)<br>Acct: 9210 | 0.00 | 0.00 | 0.00 | 0.00 |
| R A ROGERS INC<br>Acct: 9700 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTH HILLS REHAB ASSOC<br>Acct: 6992 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTH HILLS REHAB ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9853 | | | | |
| SOUTH HILLS REHAB ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2466 | | | | |
| ALLY FINANCIAL(*) | 4,365.49 | 262.60 | 0.00 | 262.60 |
| Acct: 4759 | | | | |
| LVNV FUNDING LLC | 1,001.23 | 60.22 | 0.00 | 60.22 |
| Acct: 9932 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 5,075.42 | 305.30 | 0.00 | 305.30 |
| Acct: 8622 | | | | |
| MON VALLEY COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 456 | | | | |
| SHERIFF OF WASHINGTON COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 732.44 |

| TOTAL PAID TO CREDITORS | | | | 26,693.23 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY            310.00
SECURED           7,520.95
UNSECURED       12,176.29

Date: 02/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　RONALD LEE BAIRD<br><br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:18-24774<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-24774-CMB

Ronald Lee Baird     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Feb 24, 2022     Form ID: pdf900     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ronald Lee Baird, PO Box 42, Ellsworth, PA 15331-0042 |
| 14963881 | | Bayview Loan Servicing, LLC, PO Box 650091, Dallas, TX 75265-0091 |
| 14963882 | + | Mon Valley Community Federal Credit Union, P.O. Box 189, Allenport, PA 15412-0189 |
| 14963884 | | R.A. Rodgers, Inc., P.O. Box 3302, Crofton, MD 21114-0302 |
| 14963885 | | South Hills Pain Rehab Assoc, 575 Coal Valley Road, Ste 277, Clairton, PA 15025-3716 |
| 14963887 | + | Washington County Sheriff's Office, Courthouse Square Ste 303, 100 West Beau St., Washington, PA 15301-4432 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@rarogersinc.com | Feb 24 2022 23:36:00 | R.A. Rogers, Inc., PO Box 3302, Crofton, MD 21114-0302 |
| 14963879 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2022 23:35:00 | Ally Automotive Financing, P. O. Box 380901, Minneapolis, MN 55438-0901 |
| 14970108 | | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2022 23:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14996673 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2022 23:35:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14963880 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2022 23:35:00 | Bayview Loan Servicing, LLC, Attn: Customer Service, 4425 Ponce de Leon Blvd., 5th Floor, Miami, FL 33146-1873 |
| 15300950 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2022 23:35:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14985150 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 24 2022 23:35:00 | Lendmark Financial Services LLC, Attn: Bankruptcy Dept., 2118 Usher Street NW, Covington, Georgia 30014 |
| 14971839 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:36:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14992258 | + | Email/Text: bankruptcy@rarogersinc.com | Feb 24 2022 23:36:00 | Mon Valley Community FCU, C/O R.A. Rogers, Inc., PO Box 3302, Crofton, MD 21114-0302 |
| 14963883 | + | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 23:37:01 | One Main Financial, P.O. Box 70911, Charlotte, NC 28272-0911 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | Bayview Loan Servicing, LLC, a Delaware Limited Li | |
| cr | Community Loan Servicing, LLC | |
| 14963886 | Unknown at time of filing | |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

**Name**        **Email Address**

Anthony M. Moody
             on behalf of Debtor Ronald Lee Baird amoody@moodylawoffices.com moodyar81455@notify.bestcase.com

Brian Nicholas
             on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com

Brian Nicholas
             on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Office of the United States Trustee
             ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
             cmecf@chapter13trusteewdpa.com

TOTAL: 5