# PROCEEDING MEMO

**Date: 04/26/2022 11:00 am**

In re:    Ronald Lee Baird

                                                      **Bankruptcy No. 18-24774-CMB**
                                                      **Chapter: 13**
                                                      **Doc. # 56**

**Appearances: Kate DeSimone, Anthony M. Moody**

**Nature of Proceeding: #56 Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**

**Additional Pleadings:**

**Judge's Notes:**
-Debtor did not file a certificate of discharge eligibility. Attorney Moody informed the Court that he has been unable to reach Debtor.
OUTCOME: Continued to 5/19 at 10:00 am.
-Attorney Moody to try other methods to contact Debtor.

                                                      **Carlota Böhm**
                                                      **Chief U.S. Bankruptcy Judge**

                                                      FILED
                                                      4/27/22 9:14 am
                                                      CLERK
                                                      U.S. BANKRUPTCY
                                                      COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ronald Lee Baird  
    Debtor

Case No. 18-24774-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 1  
Date Rcvd: Apr 27, 2022      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ronald Lee Baird, PO Box 42, Ellsworth, PA 15331-0042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony M. Moody | on behalf of Debtor Ronald Lee Baird amoody@moodylawoffices.com moodyar81455@notify.bestcase.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5