IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RONALD LEE BAIRD

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 18-24774

Chapter 13

Document No.: 56

## ORDER OF COURT

AND NOW, this **13th** day of **May**, 20**22**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/13/22 11:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-24774-CMB
Ronald Lee Baird     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: May 16, 2022     Form ID: pdf900     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ronald Lee Baird, PO Box 42, Ellsworth, PA 15331-0042 |
| 14963881 | | Bayview Loan Servicing, LLC, PO Box 650091, Dallas, TX 75265-0091 |
| 14963882 | + | Mon Valley Community Federal Credit Union, P.O. Box 189, Allenport, PA 15412-0189 |
| 14963884 | | R.A. Rodgers, Inc., P.O. Box 3302, Crofton, MD 21114-0302 |
| 14963885 | | South Hills Pain Rehab Assoc, 575 Coal Valley Road, Ste 277, Clairton, PA 15025-3716 |
| 14963887 | + | Washington County Sheriff's Office, Courthouse Square Ste 303, 100 West Beau St., Washington, PA 15301-4432 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@rarogersinc.com | May 16 2022 23:33:00 | R.A. Rogers, Inc., PO Box 3302, Crofton, MD 21114-0302 |
| 14963879 | + | Email/Text: ally@ebn.phinsolutions.com | May 16 2022 23:32:00 | Ally Automotive Financing, P. O. Box 380901, Minneapolis, MN 55438-0901 |
| 14970108 | | Email/Text: ally@ebn.phinsolutions.com | May 16 2022 23:32:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14996673 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 16 2022 23:32:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14963880 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 16 2022 23:32:00 | Bayview Loan Servicing, LLC, Attn: Customer Service, 4425 Ponce de Leon Blvd., 5th Floor, Miami, FL 33146-1873 |
| 15300950 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 16 2022 23:32:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14985150 | | Email/Text: ktramble@lendmarkfinancial.com | May 16 2022 23:32:00 | Lendmark Financial Services LLC, Attn: Bankruptcy Dept., 2118 Usher Street NW, Covington, Georgia 30014 |
| 14971839 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2022 23:42:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14992258 | + | Email/Text: bankruptcy@rarogersinc.com | May 16 2022 23:33:00 | Mon Valley Community FCU, C/O R.A. Rogers, Inc., PO Box 3302, Crofton, MD 21114-0302 |
| 14963883 | + | Email/PDF: cbp@onemainfinancial.com | May 16 2022 23:42:48 | One Main Financial, P.O. Box 70911, Charlotte, NC 28272-0911 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**    **Bypass Reason**    **Name and Address**

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: pdf900 | Total Noticed: 16 |

| | | |
|---|---|---|
| cr | Bayview Loan Servicing, LLC, a Delaware Limited Li | |
| cr | Community Loan Servicing, LLC | |
| 14963886 | Unknown at time of filing | |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022                 Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony M. Moody | on behalf of Debtor Ronald Lee Baird amoody@moodylawoffices.com  moodyar81455@notify.bestcase.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5