Fill in this information to identify the case:

Debtor 1    Ronald Lee Baird

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number  18-24774 CMB

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bayview Loan Servicing, LLC, a Delaware Limited Liability Company

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 9127

**Date of payment change:**
Must be at least 21 days after date of this notice     1/1/20

**New total payment:**     $476.20
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $117.85      New escrow payment: $ 125.67

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____      New mortgage payment: $_____

Debtor(s)   Ronald Lee Baird                                         Case number (*if known*)  18-24774 CMB
            First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ James C. Warmbrodt                           Date   12/4/19
Signature

Print:        James C. Warmbrodt   ATT ID: 42524              Title  Attorney for Creditor
              First Name    Middle Name    Last Name

Company:      KML Law Group, P.C.

Address:      701          Market Street, Suite 5000
              Number       Street
              Philadelphia,                    PA      19106
              City                             State   ZIP Code

Contact phone   (215) 627–1322           Email  JWarmbrodt@kmllawgroup.com

---

Official Form 410S1              **Notice of Mortgage Payment Change**                   page **2**
                                                                                         247